## ARVILLE NEAS v. JOHN E. BOHLEN
## PAUL NEAS v. JOHN E. BOHLEN
[Nos. 65, 66, April Term, 1938.]

*Decided June 14th, 1938.*

The causes were argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*John Grason Turnbull,* with whom were *Paul Berman, Frank F. J. Daily, Anthony Purcell,* and *Theodore B. Berman,* on the brief, for the appellants.

*Benjamin C. Howard,* with whom were *George M. Berry* and *Miles & O'Brien* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.